No. 01M67. KINDER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER;

No. 01M68. DESIDERIO-MEZA v. UNITED STATES; and

No. 01M69. COUCH v. ROE, WARDEN, ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 00–799. CITY OF LOS ANGELES v. ALAMEDA BOOKS, INC., ET AL., 535 U. S. 425. Motion of respondents to modify plurality opinion denied.

No. 01–270. YELLOW TRANSPORTATION, INC. v. MICHIGAN ET AL. Sup. Ct. Mich. [Certiorari granted, 534 U. S. 1112.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–706. SPRIETSMA, ADMINISTRATOR OF THE ESTATE OF SPRIETSMA, DECEASED v. MERCURY MARINE, A DIVISION OF BRUNSWICK CORP. Sup. Ct. Ill. [Certiorari granted, 534 U. S. 1112.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 01–729. GODFREY ET AL. v. DOE ET AL. C. A. 9th Cir. [Certiorari granted *sub nom.* Otte v. Doe, 534 U. S. 1126.] Motion of the Reporters Committee for Freedom of the Press for leave to file a brief as *amicus curiae* granted.

No. 01–1184. UNITED STATES v. JIMENEZ RECIO ET AL. C. A. 9th Cir. [Certiorari granted, 535 U. S. 1094.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 01–1605. IN RE TAYLOR; IN RE HARRIS ET AL.; and

No. 01–1623. IN RE WISCHKAEMPER ET AL. C. A. 5th Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 01–9588. IN RE POWELL. Petition for writ of mandamus denied.

No. 00–1852. JETT v. WASHINGTON COUNTY SCHOOL BOARD. C. A. 11th Cir. Certiorari denied.